UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-CR-125-4F

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ERIC ANDRE FIELDS, | ) | |
| Defendant. | ) | |

The Motion for Sequestration of Government's Witnesses [DE-97] filed by Defendant Eric Andre Fields is ALLOWED. Pursuant to Rule 615, FED. R. EVID., all witnesses intended to be called by either party shall be sequestered, except that the Government's case agent may remain in the courtroom to assist the Assistant United States Attorney. Of course, the Government's case agent shall reveal nothing about the trial testimony to other Government investigators or non-law enforcement witnesses who will testify at trial.

SO ORDERED.

This the 25th day of January, 2012.

JAMES C. FOX
Senior United States District Judge