IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-cr-125-F-2

UNITED STATES OF AMERICA       :
                               :
          v.                   :
                               :
EDDIE WILLIAM HALL             :

## **PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of the Memorandum of Plea
Agreement entered into by the defendant, Eddie William Hall, on
January 30, 2012, the following property is hereby forfeitable
pursuant to 21 U.S.C. § 853, to wit, (a) $203.00 seized from 8964
Black Chestnut Drive, Leland, North Carolina and (b) $960.00 seized
from Eddie Hall, both on August 22, 2011 - a total of $1,163.00;
and

WHEREAS, by virtue of said Memorandum of Plea Agreement, the
United States is now entitled to possession of said property
pursuant to 21 U.S.C. § 853;

It is hereby ORDERED, ADJUDGED and DECREED:

1.   That based upon the Memorandum of Plea Agreement as to
the defendant, Eddie William Hall, the United States is hereby
authorized to seize the above-stated property, and it is hereby
forfeited to the United States for disposition in accordance with
the law, subject to the provisions of 21 U.S.C. § 853(n), as
allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R.
Crim. P. 32.2(b)(3), this Order is now final as to the defendant.

2.     That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Preliminary Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(3).

3.     That pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General or the Secretary of Treasury directs, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

4.     That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c).

SO ORDERED. This 3rd day of ____ May ____ , 2012.

_____
JAMES C. FOX
Senior United States District Judge

2